AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 1/29/2013, 2:42 PM |
| NAME OF SERVER (PRINT) Johanny Aponte | TITLE Server | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Popular, Inc. Avenida Munoz Rivera #209 San Juan, P.R. 00918

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Mrs. Angelica Toro

☐ Returned unexecuted: _____

☐ Other (specify): Angelica Toro, legal assistant, Hispanic female, 40 years, 5'6", Brown hair, 146 pounds, not married, non smilitary.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/31/2013
Date

Signature of Server

Address of Server: J-2 Santa Maria St Urb. Bairoa Caguas, P.R. 00725

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**ICA Investigations**  
J-2 Santa Maria St. Phone: (787) 746-1582  
Caguas, PR 00725 Fax: (787) 286-0192  
E-mail: info@icainvestigations.com  
Web: www.icainvestigations.com

**Invoice**

Number: 6361  
Date: January 28, 2013

**Bill To:**  
THE SIMON LAW FIRM, P.C.  
800 MARKET STREET SUITE 1700  
ST. LOUIS, MISSOURI 63101

**Ship To:**  
THE SIMON LAW FIRM, P.C.  
800 MARKET STREET SUITE 1700  
ST. LOUIS, MISSOURI 63101

| ICA Case No. | Client Job No. | Subject's Name | Serv. Requested by: |
|---|---|---|---|
| 2013-01-8939 | POPULAR, INC. | POPULAR, INC. | ANN SINCLAIR |

| Date | Service Description | Hrs. / Qty. | Rate or Price each | Amount |
|---|---|---|---|---|
| 1/28/2013 | LEGAL PROCESS SERVICE PR | 1.00 | 100.00 | 100.00 |
| 1/28/2013 | NOTARY SERVICE | 1.00 | 20.00 | 20.00 |

ICA CASE #2013-01-8939  
DEFENDANT NAME POPULAR, INC.  
ADDRESS AVENIDA MUÑOZ RIVERA #209 SAN JUAN PR 00918  
CLIENT REFERENCE # POPULAR, INC  
COURT DOCKET # PATENT CASE JURY TRIAL

Total **PAID** $120.00

*Reminder: All Invoices over 30 days are subject to 5% of the total cost. Over 40 days, 7%, Over 50 Days 10%. Thanks for Using ICA Investigations for your investigative needs. International Consultants & Associates Inc.* **EIN# 470857191**

Amount Paid: 120.00  
Amount Due: 0.00

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |